# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE, *Plaintiff*, v. JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter, *Defendant*. | Civil Action No. 3:24cv01191 |

## PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION

Tennessee House Bill 1891 (the "Act") will unconstitutionally impede adults and minors' access to vast amounts of constitutionally protected online speech. As the attached memorandum of law explains, the First Amendment prohibits the Act's requirements for a content-based and speaker-based collection of covered websites to verify the ages of their users and for minors to secure parental consent before accessing the covered websites. The Act will take effect January 1, 2025.

Accordingly, Plaintiff NetChoice moves this Court for an order preliminarily enjoining Defendant from enforcing the Act against NetChoice's members **no later than December 31, 2024,** until this matter may be resolved on the merits. As the accompanying declarations explain, NetChoice covered members—and their users—face immediate and irreparable harm absent an injunction.

WHEREFORE, for the reasons stated herein and in the concurrently submitted memorandum of law, Plaintiff NetChoice respectfully requests entry of a preliminary injunction order prohibiting Defendant from enforcing the Act against NetChoice's covered members, and such other and further relief the Court deems necessary and proper.

Dated: October 3, 2024					Respectfully submitted,

/s/ Junaid Odubeko
Junaid Odubeko (Bar No. 023809)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway Suite 2400
Nashville, TN 37203
(615) 244-2582
jodubeko@bradley.com

Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon Grammel*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com
*pro hac vice applications forthcoming

Attorneys for Plaintiff NetChoice