# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>    *Plaintiff*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter,<br><br>    *Defendant*. | Case No. 3:24-cv-01191 |

## JOINT MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

The initial case management conference is scheduled for December 4 at 10:00 am. Defendant and his legal team, however, have oral arguments in *United States v. Skrmetti* (U.S. Supreme Court) at that date and time. Defendant's response to the complaint is also stayed until 21 days after a decision on Plaintiff's motion for a preliminary injunction. *See* Doc. 23. The parties have conferred and respectfully ask that the conference be rescheduled for the week of January 20, 2025.[*]

---

[*] Monday, January 20, 2025, is a holiday.

Date: November 25, 2024                           Respectfully submitted,


                                                  JONATHAN SKRMETTI
                                                  Attorney General and Reporter

/s/ *Jeremy Evan Maltz*                           /s/ *Cameron T. Norris*
Steven P. Lehotsky*                               Thomas R. McCarthy*
Scott A. Keller*                                  Cameron T. Norris, BPR No. 33467
Jeremy Evan Maltz*                                Thomas S. Vaseliou*
LEHOTSKY KELLER COHN LLP                          CONSOVOY MCCARTHY PLLC
200 Massachusetts Avenue, NW, Suite 700           1600 Wilson Blvd., Suite 700
Washington, DC 20001                              Arlington, VA 22209
(512) 693-8350                                    (703) 243-9423
steve@lkcfirm.com                                 cam@consovoymccarthy.com
scott@lkcfirm.com
jeremy@lkcfirm.com                                Adam K. Mortara, BPR No. 40089
                                                  LAWFAIR LLC
Junaid Odubeko (Bar No. 023809)                   40 Burton Hills Blvd., Ste. 200
BRADLEY ARANT BOULT CUMMINGS LLP                  Nashville, TN 37215
1221 Broadway Suite 2400                          (773) 750-7154
Nashville, TN 37203
(615) 244-2582                                    Matthew D. Janssen, BPR No. 35451
jodubeko@bradley.com                              Brian Phelps, BPR No. 40705
                                                  Sr. Assistant Attorneys General/
Jared B. Magnuson*                                Managing Attorneys
LEHOTSKY KELLER COHN LLP                          OFFICE OF THE ATTORNEY GENERAL
3280 Peachtree Road NE                            CONSUMER PROTECTION DIVISION
Atlanta, GA 30305                                 UBS Building, 20th Floor
(512) 693-8350                                    315 Deaderick Street
jared@lkcfirm.com                                 Nashville, TN 37243
                                                  (615) 741-1671
Joshua P. Morrow*                                 matthew.janssen@ag.tn.gov
LEHOTSKY KELLER COHN LLP                          brian.phelps@ag.tn.gov
408 W. 11th Street, 5th Floor
Austin, TX 78701                                  *Attorneys for Defendant*
(512) 693-8350
josh@lkcfirm.com


*Attorneys for Plaintiff*


                                                  *admitted pro hac vice*

## CERTIFICATE OF SERVICE

On November 25, 2024, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

/s/ *Cameron T. Norris*