IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>          *Plaintiff*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter,<br><br>          *Defendant*. | Case No. 3:24-cv-01191 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

  NetChoice notifies this Court of a judgment that not even NetChoice was willing to defend in its preliminary-injunction briefing. *See* Notice of Supp. Auth. (Doc. 40) (discussing *Free Speech Coal. v. Skrmetti*, 2024 WL 5248104 (W.D. Tenn. Dec. 30)). When Tennessee argued that the law challenged here was constitutional as applied to "[s]ocial-media platforms that host users' pornographic content without verifying users' age," PI-Opp. (Doc. 26) at 10, NetChoice *agreed* that these applications were lawful, *see* PI-Reply (Doc. 35) at 6 ("The handful of purportedly lawful applications of the Act that Defendant raises (*e.g.*, pornography websites, none of which are members) do not change this fact."). And those lawful applications are just some of the many that NetChoice concedes. *See, e.g.*, PI-Reply 13 n.10 (apparently agreeing that the law is constitutional for all "younger minors" under the age of 13).*

  NetChoice understood then that decisions like *Free Speech Coalition v. Skrmetti* are likely incorrect. When a court in Texas granted a similar preliminary injunction, the Fifth Circuit reversed in relevant part. *Free Speech Coal. v. Paxton*, 95 F.4th 263 (5th Cir.), *cert. granted*, 144 S.Ct. 2714 (2024). The Supreme Court then allowed Texas's age-verification law to come into force, with no noted dissents.

---

 * Stranger still, *Free Speech Coalition* faulted Tennessee for *not* requiring age verification on "social media websites" like "Reddit or X," which it said were rife with "pornography." 2024 WL 5248104, at *15-16. The law here—with the same effective date as the law there—does precisely that.

*Free Speech Coal. v. Paxton*, 144 S.Ct. 1473 (2024) (denying stay). Following the Supreme Court, the Seventh Circuit then stayed a similar preliminary injunction out of Indiana. *Free Speech Coal. v. Rokita*, 2024 WL 3861733 (7th Cir. Aug. 16). Tennessee is seeking a similar stay now, and the Sixth Circuit has ordered emergency briefing that will finish early next week. *See Free Speech Coal. v. Skrmetti*, CA6-Docs. 6-7, No. 24-6158.

Even if it weren't likely to be reversed, *Free Speech Coalition v. Skrmetti* would be distinguishable. Unlike the age-verification requirement there, the age-verification requirement here governs only the creation of new accounts. *See* PI-Opp. 12-13. And unlike the law there, the law here has now gone into effect. *See* T.C.A. §47-18-5701 (effective date January 1, 2025). That result is a consequence of NetChoice's lengthy delay in seeking a preliminary injunction. *See* PI-Opp. 21-22. And it means that NetChoice is asking this Court to *change*, rather than preserve, the status quo. Its claimed irreparable harms from the cost of coming into compliance are now moot, disproven, or both. *See* PI-Opp. 21-23.

In the end, the law here is now in effect; and contra NetChoice, the sky has not fallen. NetChoice is now asking this Court to disrupt the status quo and to follow a nonbinding decision from the Western District that might soon be stayed. This Court should instead deny NetChoice's preliminary-injunction motion.

Date: January 1, 2025

JONATHAN SKRMETTI
Attorney General and Reporter

Matthew D. Janssen, BPR No. 35451
Brian Phelps, BPR No. 40705
Sr. Assistant Attorneys General/
Managing Attorneys
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
UBS Building, 20th Floor
315 Deaderick Street
Nashville, TN 37243
(615) 741-1671
matthew.janssen@ag.tn.gov
brian.phelps@ag.tn.gov

Respectfully submitted,

/s/ *Cameron T. Norris*
Thomas R. McCarthy*
Cameron T. Norris, BPR No. 33467
Thomas S. Vaseliou*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Adam K. Mortara, BPR No. 40089
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154

## CERTIFICATE OF SERVICE

On January 1, 2025, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

/s/ *Cameron T. Norris*