IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NETCHOICE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:24-cv-01191 |
| JONATHAN SKRMETTI, | ) ) | JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) | |

## ORDER

The Court will hold a telephone status conference on Wednesday, January 8, 2025, at 2:00 p.m. The parties shall call 855-244-8681 and enter access code 2310 964 0001 to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE