IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-01191 ) |
| JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, | ) JUDGE RICHARDSON ) ) ) |
| Defendant. | ) ) |

## ORDER

The Defendant shall respond to Plaintiff's Motion for Temporary Restraining Order and Renewed Motion for Preliminary Injunction (Doc. No. 48) no later than January 23, 2025.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE