IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-01191 ) |
| JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, | ) JUDGE RICHARDSON ) ) ) ) |
| Defendant. | ) ) |

# ORDER

On January 17, 2025, the United States Supreme Court issued a *per curiam* opinion in *Tiktok Inc. v. Garland*, 604 U.S. ___ (2025). Defendant is encouraged to address, in their response to Plaintiff's pending motion for a temporary restraining order (Doc. No. 48, "TRO Motion"), the extent to which *Tiktok Inc.* is probative of the issues presented in the TRO motion, including the extent to which it serves to support or refute Plaintiff's assertion that "[t]he Act's speech regulations also trigger strict scrutiny because the Act's coverage defini[1]tion of "social media company" is *content-based* . . . ." and that therefore "all of the Act's operative provisions [are] *content-based*." (Doc. No. 49 at 20) (emphasis added).

Plaintiff at its option may submit a reply, not to exceed *seven* pages, within two days after Defendant file their response to the TRO Motion. The reply should include a discussion of the above-referenced matters to the extent Plaintiff believes warranted.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE