UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN SKRMETTI,<br><br>    Defendant. | Case No. 3:24-cv-01191<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

**ORDER**

On January 16, 2025, Plaintiff NetChoice filed a motion to continue the initial case management conference set on January 23, 2025. (Doc. No. 46.) Defendant Jonathan Skrmetti does not oppose the requested relief. (Doc. No. 52.) Accordingly, the motion is GRANTED. The initial case management conference is CONTINUED to March 6, 2025, at 9:30 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge