IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:24-CV-01191 |
| | ) |
| JONATHAN SKRMETTI, in his official | )   JUDGE RICHARDSON |
| capacity as the Tennessee Attorney | ) |
| General & Reporter, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

Pending before the Court is the Plaintiff's motion (Doc. No. 72, "Motion") to ascertain the status of the pending motion for preliminary injunction (Doc. No. 8). The Motion is well-taken and is GRANTED.

The Court is aware of the pending motion for preliminary injunction, and indeed it is on the metaphorical front burner of the undersigned, who expects that a decision on it will be issued soon (measured in business days rather than weeks).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE