IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE, | ) |
| Plaintiff, | ) |
| | ) NO. 3:24-cv-01191 |
| v. | ) JUDGE RICHARDSON |
| JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's motion for a preliminary injunction (Doc. No. 8, "Motion"), which is supported by a corresponding memorandum (Doc. No. 9). Defendant filed a response to the Motion (Doc. No. 26, "Response") and declarations in support thereof (Doc. Nos. 27—31). Plaintiff filed a reply to the Response (Do. No. 35). Each party also filed various additional documents in support of its position on the Motion.

For the reasons stated in the accompanying Memorandum Opinion, the Motion is DENIED.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE