IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NETCHOICE,

         *Plaintiff*,

v.

JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter,

         *Defendant*.

Case No. 3:24-cv-1191

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1. Legal conclusions that require no response.
2. Legal conclusions that require no response.
3. Deny.
4. Legal conclusions that require no response.
5. Deny.
6. Legal conclusions that require no response.
7. Legal conclusions that require no response.
8. Legal conclusions that require no response.
9. Legal conclusions that require no response.
10. Deny.
11. Deny.
12. Deny.

## PARTIES & STANDING

13. Lack enough information to admit or deny.
14. Legal conclusions that require no response.
15. Legal conclusions that require no response.

16. Lack enough information to admit or deny.

17. Deny.

18. Admit. Defendant has pursued no enforcement action against any member of NetChoice under the challenged law.

## JURISDICTION & VENUE

19. Legal conclusions that require no response, except deny that NetChoice has standing.

20. Admit.

## BACKGROUND

21. Legal conclusions that require no response.

22. Admit that minors use these websites, that these websites allow users to create accounts, and that these websites allow users to communicate with others. Lack enough information to admit or deny the extent to which users can do the identified activities, how frequent those activities are, and what the websites' intentions and designs are. The remaining allegations are legal conclusions that require no response.

23. Admit that NetChoice's members require users to create an account before they can access "some .. functions," but otherwise deny.

24. Admit that parents have choices, but deny that they are "many" and that they are sufficient without the challenged law. The citations to caselaw require no response.

25. Admit that parents should decide, but deny that they can sufficiently do so without the challenged law.

26. Admit that some tools are offered, but deny that they are sufficient.

27. Admit that some tools exist, but deny that they are sufficient.

28. Admit that some tools exist, but deny that they are sufficient.

29. Admit that some tools exist, but deny that they are sufficient.

30. Admit that some tools exist, but deny that they are sufficient.

31. Admit that some tools exist, but deny that they are sufficient.

32. Lack enough information to admit or deny, except deny that existing tools are sufficient.

33. Lack enough information to admit or deny, except deny that existing methods are sufficient.

**TENNESSEE HOUSE BILL 1891**

34. Legal conclusions that require no response, except admit that House Bill 1891 was enacted.

35. Admit.

36. Legal conclusions that require no response.

37. Legal conclusions that require no response.

38. Legal conclusions that require no response.

39. Legal conclusions that require no response.

40. Legal conclusions that require no response.

41. Legal conclusions that require no response.

42. Legal conclusions that require no response.

43. Legal conclusions that require no response.

44. Legal conclusions that require no response.

45. The first sentence is a legal conclusion that requires no response. Deny the second and third sentences.

46. Legal conclusions that require no response.

47. Legal conclusions that require no response.

48. Legal conclusions that require no response.

49. Legal conclusions that require no response.

50. Legal conclusions that require no response.

51. Legal conclusions that require no response.

52. Legal conclusions that require no response.

53. Legal conclusions that require no response.

54. Legal conclusions that require no response.

55. Legal conclusions that require no response.

56. Legal conclusions that require no response.

57. Legal conclusions that require no response.

## CLAIMS

58. Legal conclusions that require no response.

59. Legal conclusions that require no response.

60. Legal conclusions that require no response.

61. Legal conclusions that require no response.

62. Legal conclusions that require no response.

## COUNT I

63. Defendant incorporates and restates all prior paragraphs of this answer.

64. Legal conclusions that require no response.

65. Legal conclusions that require no response.

66. Legal conclusions that require no response.

67. Legal conclusions that require no response.

68. Legal conclusions that require no response.

69. Legal conclusions that require no response.

70. Legal conclusions that require no response.

71. Legal conclusions that require no response.

72. Legal conclusions that require no response.

73. Legal conclusions that require no response.

74. Deny.

75. Deny.

76. Deny.

77. Deny.

78. Legal conclusions that require no response.

79. Deny.

80. Legal conclusions that require no response.

81. Deny the first sentence. The second sentence is a legal conclusion that requires no response.

82. Legal conclusions that require no response.

83. Deny.

84. Deny.

85. Deny.

86. Legal conclusions that require no response.

87. Deny.

88. Deny.

## COUNT II

89. Defendant incorporates and restates all prior paragraphs of this answer.

90. Deny.

91. Legal conclusions that require no response.

92. Legal conclusions that require no response.

93. Legal conclusions that require no response.

94. Legal conclusions that require no response.

95. Deny.

96. Legal conclusions that require no response.

97. Deny.

98. Deny.

## COUNT III

99. Defendant incorporates and restates all prior paragraphs of this answer.

100. Legal conclusions that require no response.

101. Legal conclusions that require no response.

102. Legal conclusions that require no response.

103. Legal conclusions that require no response.

104. Deny.

105. Deny.

106. Deny.

107. Deny.

108. Deny.

109. Deny.

## COUNT IV

110. Defendant incorporates and restates all prior paragraphs of this answer.

111. Deny.

112. Legal conclusions that require no response.

113. Legal conclusions that require no response.

114. Legal conclusions that require no response.

115. Deny.

116. Deny.

117. Deny.

118. Deny.

119. Deny.

120. Deny.

121. Deny.

122. Deny.

**COUNT V**

123. Defendant incorporates and restates all prior paragraphs of this answer.

124. Deny the first sentence. The second sentence is a legal conclusion that requires no response.

125. Deny.

**COUNT VI**

126. Defendant incorporates and restates all prior paragraphs of this answer.

127. Deny.

128. Deny.

129. Deny.

130. Deny.

131. Legal conclusions that require no response.

132. Deny.

133. Deny.

**PRAYER FOR RELIEF**

NetChoice is not entitled to any relief.

7

## AFFIRMATIVE DEFENSES

1. NetChoice lacks constitutional, associational, prudential, and statutory standing.

2. NetChoice fails to state a claim upon which relief can be granted.

3. To the extent any part of the challenged law is unconstitutional, it is severable.

4. NetChoice is not entitled to forward-looking relief under principles of equity, including laches and unclean hands.

5. NetChoice is not entitled to relief that is broader than necessary, including relief for nonparties, nonmembers, or members that fail to prove individual standing and a valid claim.

Date: June 30, 2025

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

| | |
|---|---|
| J. Matthew Rice<br>  *Solicitor General*<br>OFFICE OF TENNESSEE<br>ATTORNEY GENERAL<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 532-6026<br>matt.rice@ag.tn.gov | /s/ *Cameron T. Norris*<br>Thomas R. McCarthy*<br>Cameron T. Norris, BPR No. 33467<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| Matthew D. Janssen, BPR No. 35451<br>Brian Phelps, BPR No. 40705<br>  *Sr. Assistant Attorneys General/*<br>  *Managing Attorneys*<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMER PROTECTION DIVISION<br>UBS Building, 20th Floor<br>315 Deaderick Street<br>Nashville, TN 37243<br>(615) 741-1671<br>matthew.janssen@ag.tn.gov<br>brian.phelps@ag.tn.gov | Adam K. Mortara, BPR No. 40089<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Ste. 200<br>Nashville, TN 37215<br>(773) 750-7154 |

**CERTIFICATE OF SERVICE**

On June 30, 2025, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

/s/ *Cameron T. Norris*