# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NETCHOICE, *Plaintiff*, v. JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter, *Defendant*. | Civil Action No. 3:24-cv-01191 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff NetChoice appeals to the United States Court of Appeals for the Sixth Circuit from this Court's order denying NetChoice's motion for preliminary injunction, entered in this action on June 18, 2025. ECF 78-79.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Jeremy Evan Maltz*

Junaid Odubeko (Bar No. 023809)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway Suite 2400
Nashville, TN 37203
(615) 244-2582
jodubeko@bradley.com

Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com
**admitted** *pro hac vice*

*Attorneys for Plaintiff NetChoice*

**Certificate of Service**

I, Jeremy Evan Maltz, certify that on July 18, 2025, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz
