**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **NETCHOICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-01191** |
| | ) | |
| | ) | |
| **JONATHAN SKRMETTI,** ***in his official*** | ) | |
| ***capacity as the Tennessee Attorney General &*** | ) | |
| ***Reporter*** | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF WITHDRAWAL**

---

In accordance with Local Rule 83.1(g), undersigned counsel James Matthew Rice, Office of the Tennessee Attorney General and Reporter, notifies the Court that he is withdrawing as counsel for the Defendant in the above-captioned matter and respectfully requests that he be terminated from the electronic docket. Mr. Rice is departing his position at the Office of the Tennessee Attorney General and will no longer be associated with this case. Adam Mortara, Thomas McCarthy, Cameron Norris, Matthew Janssen, Nicholas Venable, and Tiffany Bates, who have previously appeared in this case on behalf of the State of Tennessee, will continue to represent the State of Tennessee as successor counsel.

To effectuate notice to the State of Tennessee, Mr. Rice orally notified the Chief Deputy Attorney General of his withdrawal; the State of Tennessee consents.

DATED: May 11, 2026

Respectfully submitted,

*/s/ James Matthew Rice*

James Matthew Rice (TN Bar #040032)
Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.


*/s/ James Matthew Rice*
James Matthew Rice (TN Bar 040032)
Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*