**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| NETCHOICE,<br>*Plaintiff*,<br>v.<br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter,<br>*Defendant*. | Civil Action No. 3:24-cv-01191 |

**PLAINTIFF'S MOTION TO POSTPONE ORDERED BRIEFING (ECF 101)**
**PENDING THE SIXTH CIRCUIT'S RESOLUTION OF THE APPEAL IN THIS CASE**

Plaintiff respectfully moves this Court to postpone the briefing ordered on June 22, 2026, pending the Sixth Circuit's resolution of the appeal in this case ("*Skrmetti*"). Combining the briefing on the Sixth Circuit's decisions in both *Yost* and *Skrmetti*—which were heard by the same appellate panel on the same day—will conserve both party and judicial resources. Plaintiff's counsel conferred with Defendant's counsel, and Defendant takes no position on the relief requested in this motion. And Defendant does not intend to file a response. Accordingly, Plaintiff requests a ruling on this motion as soon as practical, given this Court's July 13, 2026, deadline for the briefing.

This Court requested briefing on "the Sixth Circuit's decision in *Yost*," ECF 101 at 2, which concerned an Ohio law requiring parental consent for minors younger than 16 to create accounts on a content-based collection of social media websites. The Court ordered the parties to either:

> (1) each file separate notices of supplemental authority not to exceed twenty-five (25) pages, therein addressing the Sixth Circuit's decision in *Yost* and any impact that (in their view) the decision in *Yost* has on the Motion to Dismiss; or (2) file a joint notice stating that they would prefer to file amended briefs on the

> Motion to Dismiss, whereby the amended briefs would replace the briefs previously filed in connection with the Motion to Dismiss in their entirety.

ECF 101 at 2 (footnote omitted).

The same Sixth Circuit panel that decided *Yost* is also considering an appeal from this Court's denial of NetChoice's motion for preliminary injunction. ECF 79. That appeal concerns this Court's irreparable harm analysis, the First Amendment merits of NetChoice's motion, and standing issues raised by Defendant. *See* NetChoice Br., No. 25-05660, *NetChoice v. Skrmetti* (Sept. 3, 2025); Skrmetti Br., No. 25-05660, *NetChoice v. Skrmetti* (Oct. 3, 2025). The Sixth Circuit held oral argument in both cases on February 4, 2026.

Accordingly, it would preserve party and judicial resources to wait for the Sixth Circuit's decision in *Skrmetti*—for at least two reasons.

*First*, *Skrmetti* could discuss issues relevant to Defendant's pending motion to dismiss. And *Skrmetti*—unlike *Yost*—would be law of the case. *Cf.* ECF 101 at 2 n.1 ("the extent to which *Yost* is factually and legally applicable to the Act . . . varies by issue (standing, facial challenge on First Amendment grounds, etc.)"). As this Court recognized, "*Yost* does not touch on all issues in the instant case." ECF 101 at 2. So this Court might also welcome briefing on *Skrmetti*, in addition to *Yost*. Rather than the parties submitting up to 100 pages of additional briefing (25 pages, per party, per appellate decision), the parties could instead submit combined briefing that addresses both *Skrmetti* and *Yost*.

*Second*, *Skrmetti* may well resolve some of the uncertainties this Court's order expressed about what *Yost* held and the "various conceivable permutations of precedential decisions from *Yost* that conceivably could apply in this case." ECF 101 at 2 n.1. Instead of the parties speculating about what the fractured *Yost* decision means for this case, the parties could wait for the Sixth Circuit to resolve some of those questions.

For these reasons, Plaintiff respectfully moves this Court to postpone the briefing this Court requested on June 22, 2026, pending the Sixth Circuit's resolution of the appeal in this case.

Dated: June 25, 2026

Respectfully submitted,

/s/ *Jeremy Evan Maltz*
Steven P. Lehotsky*
Jeremy Evan Maltz*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
jeremy@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 693-8350
josh@lkcfirm.com

***admitted *pro hac vice***

Junaid Odubeko (Bar No. 023809)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway Suite 2400
Nashville, TN 37203
(615) 244-2582
jodubeko@bradley.com

*Attorneys for Plaintiff NetChoice*

## Certificate of Service

I, Jeremy Evan Maltz, certify that on June 25, 2026, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz