**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| NETCHOICE,<br>*Plaintiff*,<br>v.<br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter,<br>*Defendant*. | Civil Action No. 3:24-cv-01191 |

**NOTICE OF WITHDRAWAL AS COUNSEL**

In accordance with Local Rule 83.1(g), undersigned counsel, notifies the Court that Scott Keller is withdrawing as counsel for Plaintiff NetChoice in the above-captioned matter and respectfully requests that Mr. Keller be terminated from the electronic docket. Plaintiff will continue to be represented by Steven P. Lehotsky, Jared B. Magnuson, Joshua P. Morrow, Shannon G. Denmark, and undersigned counsel, who are attorneys from the same law firm.

Dated: June 29, 2026

Respectfully submitted,

_/s/ Jeremy Evan Maltz_
Steven P. Lehotsky*
Jeremy Evan Maltz*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
jeremy@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 693-8350
josh@lkcfirm.com

***admitted *pro hac vice***

Junaid Odubeko (Bar No. 023809)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway Suite 2400
Nashville, TN 37203
(615) 244-2582
jodubeko@bradley.com

*Attorneys for Plaintiff NetChoice*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the CM/ECF system.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz