Case No. 25-5660

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

NETCHOICE, LLC

Plaintiff - Appellant

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter

Defendant - Appellee

BEFORE: BATCHELDER, CLAY and RITZ, Circuit Judges.

Upon consideration of the motion of Scott Allen Keller to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 30, 2026