# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| NetChoice<br>*Plaintiff*<br>v.<br>Jonathan Skrmetti, in his official capacity<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:24-cv-01191 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jonathan Skrmetti, in his official capacity as Tennessee Attorney General and Reporter .

Date: 07/13/2026

/s/ Madeline W. Clark
*Attorney's signature*

Madeline W. Clark (TN 043546)
*Printed name and bar number*

Office of the Tennessee Attorney General & Reporter
PO Box 20207
Nashville, TN 37202
*Address*

Madeline.Clark@ag.tn.gov
*E-mail address*

(615) 253-0144
*Telephone number*

(615) 741-2009
*FAX number*