IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NETCHOICE,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SKRMETTI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:24-cv-01191<br><br>JUDGE RICHARDSON |

**ORDER**

On August 28, 2026, the Sixth Circuit issued its decision in *NetChoice, LLC v. Jonathan Skrmetti*, No. 25-5660 (6th Cir. Aug. 28, 2026) (hereinafter "*NetChoice* Appeal"), therein vacating the Court's order (Doc. No. 79) that denied the motion for a preliminary injunction (Doc. No. 8, "Preliminary Injunction Motion") of Plaintiff, NetChoice, and remanding for further consideration of the Preliminary Injunction Motion. On September 21, 2026, the mandate was issued in the *NetChoice* Appeal.

The Court discerns that supplemental briefing on the Preliminary Injunction Motion would be beneficial. Accordingly, the parties are directed to file supplemental briefing on the Preliminary Injunction Motion within seven (7) days of the entry of this order. Specifically, the parties shall file supplemental briefs, not to exceed ten (10) pages in length, that address any matters—such as the Sixth Circuit's recently issued decision in *NetChoice, LLC v. David Yost*, No. 25-3371 (6th Cir. June 18, 2026)—that the parties discern is relevant to the Court's further consideration (consistent with the Sixth Circuit's decision in the *NetChoice* Appeal) of the Preliminary Injunction Motion. In their (respective) supplemental briefs, the parties shall indicate to what

extent, if any, such supplemental briefing is relevant to the pending motion to dismiss (Doc. No. 91), of Defendant, the Tennessee Attorney General and Reporter.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE