**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 21, 2026

Ms. Vicki R Kinkade
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 25-5660
*NetChoice, LLC v. Jonathan Skrmetti*
Originating Case No. 3:24-cv-01191

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Avery Cook-Porter, Clerical Intern
Case Management Specialist: Jill

cc: Ms. Madeline Clark
Mr. Kevin A. Golembiewski
Mr. Aaron David Mackey
Mr. James R. Marsh
Mr. Thomas Ryan McCarthy
Mr. Joshua Paul Morrow
Ms. Erin Murphy
Mr. Cameron Thomas Norris
Mr. James Y. Xi

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-5660

---

Filed: September 21, 2026

NETCHOICE, LLC

Plaintiff - Appellant

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter

Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 08/28/2026 the mandate for this case hereby issues today.

COSTS: None